# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| ARIEL BUCKNER ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | C.A. No. 3:16-CV-142-CDL |
| v. ) | |
| ) | |
| ) | |
| VINTAGE HOSPITALITY GROUP, ) | |
| LLC, d/b/a COMFORT INN SUITES ) | |
| and MANOJ PATEL ) | |
| **Defendants.** ) | |

## **ORDER**

Upon review of the parties' Joint Motion for Approval of Settlement Agreement, the Court finds that the settlement is a fair and reasonable resolution of a bona fide dispute over the provisions of the Fair Labor Standards Act as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). Therefore, it is ORDERED that the Joint Motion for Approval of Settlement Agreement is GRANTED and the referenced settlement agreement is APPROVED.

Accordingly, this action is DISMISSED WITH PREJUDICE, with each party to bear their own attorney's fees and costs, except as otherwise agreed in writing. The Clerk is directed to CLOSE this case.

This 3rd day of February, 2017.

 S/Clay D. Land
Honorable Clay D. Land
Chief Judge, United States District Court
Middle District of Georgia

Copies furnished to:

Counsel of record